# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Garcia Hernandez, | No. CV-26-03587-PHX-KML (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing he is improperly subject to mandatory detention without a bond hearing.  (Doc. 1.)  The court directed respondents to respond to the petition.  (Doc. 4.)  Respondents' response stated:

> Respondent does not oppose Petitioner's request for a bond hearing at this time.

(Doc. 11.)  The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition as to his request for a bond hearing.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The petition is otherwise denied.

**IT IS FURTHER ORDERED** respondents must provide petitioner a bond redetermination hearing within seven days or release petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance

within three days of releasing petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 26th day of June, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -